```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF ALABAMA
                    NORTHERN DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| PLAINTIFF, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 2:05cv1136-T |
| | : | |
| ONE ISRAEL MILITARY INDUSTRIES | : | |
| DESERT EAGLE, .40 CALIBER | : | |
| HANDGUN, SERIAL NO. 32314915; | : | |
| | : | |
| and | : | |
| | : | |
| EIGHTEEN (18) ROUNDS OF | : | |
| ASSORTED .40 CALIBER | : | |
| AMMUNITION, | : | |
| | : | |
| DEFENDANTS. | : | |

O R D E R

Based on the Motion of the United States, it is hereby ORDERED and ADJUDGED that this action be dismissed with prejudice, each party to bear its own costs.

SO ORDERED this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE