IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-CV-1136-WKW |
| | ) | WO |
| ONE ISRAEL MILITARY INDUSTRIES | ) | |
| DESERT EAGLE, .40 CALIBER | ) | |
| HANDGUN, SERIAL NO. 32314915; | ) | |
| | ) | |
| and | ) | |
| | ) | |
| EIGHTEEN (18) ROUNDS OF | ) | |
| ASSORTED .40 CALIBER | ) | |
| AMMUNITION, | ) | |
| | ) | |
| DEFENDANTS. | ) | |

ORDER

Upon consideration of the Motion to Dismiss Complaint filed by the United States on August 11, 2006 (Doc. # 7), it is hereby

ORDERED that the motion is GRANTED. This action is hereby DISMISSED with prejudice, each party to bear its own costs.

DONE this 21st day of August, 2006.

                                            /s/  W.  Keith Watkins
                                       UNITED STATES DISTRICT JUDGE